IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SUNTRUST BANK,

    Plaintiff,

v.                                     Case No. 4:19cv422-MW/MJF

KAREN STRIPLING,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 14, and has also reviewed *de novo* Defendant's objections to the report and recommendation, ECF No. 16. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Defendant's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Motion to Remand, ECF No. 3, is **GRANTED**. This case is **REMANDED** to the Circuit Court, Fourteenth Judicial Circuit, in and for Jackson County, Florida." The Clerk shall also close the file.

**SO ORDERED on December 13, 2019.**

                                        s/ MARK E. WALKER
                                        **Chief United States District Judge**